ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                       Plaintiffs,                  18 Civ. 11273 (LLS)

     -against-                             **ORDER**

THE EXHIBIT COMPANY, INC.,

                       Defendant.

------------------------------------------------------------X

    It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So Ordered.

Dated: New York, New York
        April 2, 2020

                                                   Louis L. Stanton
                                              LOUIS L. STANTON
                                                  U.S.D.J.